Name GURKIRN HUNDAL

Address PO BOX 78494

City, State, Zip LOS ANGELES, CA, 90016

Phone 323-608-9900

Fax

E-Mail FLAWLESSWELLNESS10@GMAIL.COM

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED

2024 APR -2 PM 2: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GURKIRN HUNDAL

PLAINTIFF(S),

v.

RUBEN ISLAS JR.; RUBEN ISLAS; MARTHA ISLAS-ENRIQUEZ; SEE ATTACHED SHEET; DEFENDANT(S).

CASE NUMBER:

2:24-CV-01721-HDV-KES

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____ GURKIRN HUNDAL _____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order on Request to Proceed in Forma Pauperis (non-prisoner case)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____ 3/15/2024 _____. Entered on the docket in this action on 3/16/2024 at 7:38 AM _____.

A copy of said judgment or order is attached hereto.

_____ APRIL 2, 2024 _____
Date

_____ Signature
☒ Appellant/ProSe    ☐ Counsel for Appellant    ☐ Deputy Clerk

**Note:**    The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**NOTICE OF APPEAL**

**DEFENDANTS:**

Jules Lucius Arthur

Paul Runkle

Bethany Spooner

Michael Vasquez

Mark Wiese

Joel Jimenez

Sherry Dicko

Je T'aime Bradshaw

Gonzalo Rivera

Logan Capital Adivsors, LLC

The Rosslyn Lofts Housing Partners, LP

Logan Property Management, INC.

The Amerland Group, LLC

Islas Development, LLC

Suffolk Development, LLC

Pacific Housing, INC.

Rosslyn Partners, LLC

Inspiration Property Management, INC.

Beach Front Property Management, INC.

Michael Childress

Erica Delery

Claudia Jauregui

Lana Dennis

Rodrigo Castellanos

Kyle Dana Kazan

Margaret Holden

Kris Hulgreen

Melinda Johnson

Ricardo Lopez

Jorge Lopez

Sara Lopez

DOE 1

1

Valerie Sosa

Harold Samuel Beard

Domonick Lawrence Guy

Cynthia Parry

Ruby Montoya

RBW Security Services INC.

Master Muhammad

Hughford Muhammad

Dewey Services, Incorporated

Knowles Security, INC.

Joe Zuniga

Kevin Zuniga

Jose Sandin

Keandre Stephenson

Tyrone Jenkins

Alico Security Group, INC.

Manual Sabry

Daniel Wheeler

Brian Hsiao

Marie SFAIR

Michelle Tsiebos

Theodore Victorio

Richard Lavin

Jangbir Singh

Gina Kojayan

Gladys Boateng

Edgar Antonyan

Los Angeles Police Department

DOES 2 to 15

City of Los Angeles

DOE Grady (41438)

DOE Madjd (42075)

Pietro Pira

Sophia Lee

DOE Alvarez

DOE Vaca

DOE Orocco

Abraham Tapia

2

Ted Dean Conley

Ray, Aloia & Conley, LLP

Starbucks Corporation

Walmart INC.

The Coca-Cola Company

Burger King Cor.

Hortencia Garcia

Kimberly Johnson

Erica Perez

Carmen Cortez

Sevana Petrosian

Petrosian Esthetics Enterprises, LLC

Sev Laser Aesthetics Calabasas, LLC

Kayla Crichlow

Emma Perry

DOE 16

Rafaela Vasquez

DOES 17 - 25

Case: 2:24cv1721  Doc: 8

Gurkirn  Hundal
PO Box 78494
Los Angeles, CA 90016

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37575864@cacd.uscourts.gov>Subject:Activity in Case 2:24-cv-01721-HDV-KES Gurkirn Hundal v. Ruben Islas Jr. et al Order on Request to Proceed In Forma Pauperis with Declaration in Support (CV-60) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 3/16/2024 at 7:38 AM PDT and filed on 3/15/2024

| | |
|---|---|
| **Case Name:** | Gurkirn Hundal v. Ruben Islas Jr. et al |
| **Case Number:** | 2:24-cv-01721-HDV-KES |
| **Filer:** | |

**WARNING: CASE CLOSED on 03/15/2024**

**Document Number:**   8

**Docket Text:**
**ORDER ON REQUEST TO PROCEED IN FORMA PAUPERIS (NON-PRISONER CASE) [3] by Judge Hernan D. Vera. As explained in the attached statement, the Request is DENIED because: The action is frivolous or malicious. As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED WITH PREJUDICE. MD JS-6, Case Terminated. (lom)**

**2:24-cv-01721-HDV-KES Notice has been electronically mailed to:**
**2:24-cv-01721-HDV-KES Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Gurkirn Hundal
PO Box 78494
Los Angeles CA 90016
US

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA    JS-6

| | |
|---|---|
| Gurkirn Hundal,<br><br>                              v.<br><br>PLAINTIFF(S) | CASE NUMBER<br><br>2:24-cv-01721-HDV-MAR |
| Ruben Islas, Jr., et al.,<br><br>DEFENDANT(S) | **ORDER ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br>**(NON-PRISONER CASE)** |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☒ is not able to pay the filing fees.    ☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:

**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

  ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
  ☒ The action is frivolous or malicious.
  ☐ The action fails to state a claim upon which relief may be granted.
  ☐ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:

If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☒ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

_____3/15/24_____
Date

_____
United States District Judge

On March 1, 2024, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis. (ECF Nos. 1, 3.) In the sprawling Complaint, Plaintiff purports to raise 124 claims against almost 100 Defendants, for allegedly unlawful conduct spanning decades. (ECF No. 1.) Plaintiff alleges, among several other things, an "unlawful civil racketeering enterprise that has performed a slew of intentional, malicious, negligent and unlawful acts" and an "unlawful political and unlawful business conspiracy network scheme of low income housing and unlawful acts that include numerous Local and State employees." (ECF No. 1 at 15.) Defendants allegedly engaged in "collusion, unlawfully, violence, aiding and abetting a scheme, unjust enrichment of [de]frauding millions of dollars from Local, State and Federal funding." (Id.) Defendants also allegedly "severely injured Plaintiff as a result of battery and assault," sprayed a "toxic chemical" that burned Plaintiff's eyes, forced Plaintiff to dismiss lawsuits "with physical violence and threats of violence," and tried to shoot Plaintiff during a "murder for hire" attempt. (Id. at 25.)

Because Plaintiff seeks to proceed in forma pauperis, the Court has reviewed the Complaint to determine whether the action is frivolous or malicious; fails to state a claim upon which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As explained below, the Complaint is dismissed without leave to amend.

The Complaint is factually frivolous. Each of Plaintiff's allegations, when "taken separately, is not necessarily frivolous," but "a different picture emerges from a reading of all [of the allegations] together." Denton v. Hernandez, 504 U.S. 25, 29 (1992). When read together, Plaintiff's allegations of a wide-ranging conspiracy of corruption and violence, among almost 100 Defendants, are "clearly baseless" or "fanciful." Id. at 32-33. In that circumstance, the Court may "pierce the veil of the complaint's factual allegations" and "is not bound, as it usually is when making a determination based solely on the pleadings, to accept without question the truth of the plaintiff's allegations." Id. at 32; see also Bator v. State of Hawai'i, 39 F.3d 1021, 1026 (9th Cir 1994) ("Denton is an exception to the general rule that a district court must accept factual allegations as true."). Here, "a finding of factual frivolousness is appropriate [because] the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." Denton, 504 U.S. at 33. In a case with substantially similar allegations, the Ninth Circuit denied a request to proceed in forma pauperis. See Visser v. Supreme Court of State of Cal., 919 F.2d 113, 114 (9th Cir. 1990) (denying in forma pauperis request for "vague, rambling diatribes alleging that various state and federal officials and entities have been involved in a wide-ranging international conspiracy," including an "attempt to kill him," and "unsupported allegations of bribery, entrapment and corruption"). Thus, the Complaint is dismissed as frivolous.

Finally, given these deficiencies, leave to amend is not warranted. See Lopez v. Smith, 203 F.3d 1122, 1127 n.8 (9th Cir. 2000) (en banc) ("When a case may be classified as frivolous or malicious, there is, by definition, no merit to the underlying action and so no reason to grant leave to amend."). Thus, the Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

*(attach additional pages if necessary)*