UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GURKIRN HUNDAL,

      Plaintiff - Appellant,

 v.

RUBEN ISLAS, Jr.; et al.,

      Defendants - Appellees.

No. 24-2303

D.C. No. 2:24-cv-01721-JGB-SP
Central District of California,
Los Angeles

ORDER

Before:     SILVERMAN, OWENS, and BRESS, Circuit Judges.

After considering the response to the court's April 17, 2024 order and the opening brief, we deny the motion to proceed in forma pauperis (Docket Entry No. 4) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

No further filings will be entertained in this closed case.